FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV 22  AM 10: 01

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

WATRICKIO TAVORIA JOHNSON,      )
                                )
          Petitioner,           )
                                )
     v.                         )        CV 304-034
                                )        (Formerly CR 302-005)
UNITED STATES OF AMERICA,       )
                                )
          Respondent.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this

Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and

the Clerk is **DIRECTED** to enter a final judgment in favor of Respondent.

SO ORDERED this 22 day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE